UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ . D.C.

05 DEC 20  PM 1:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MYRA DARLENE DOWNEN,

    Plaintiff,

v.                               Cv. No. 04-2309-Ma

WYETH, INC., f/k/a American Home
Products Corporation,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Stipulation of Dismissal with Prejudice, docketed December 16, 2005.  Each party shall bear its own costs and counsel fees.

**APPROVED:**

_[signature]_
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_[signature]_
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-22-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02309 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Levi Boone
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732

Eric Alexander
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Stephen W. Ragland
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Darren Nicholson
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, DC 20005

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT